# Statement of Account

# Exhibit A

| | |
|---|---|
| Defendant: | Burnaev Evgeny |
| Bankruptcy Cases: | F-Squared Investment Management, LLC, *et al.* |
| Preference Period: | Apr 9, 2015- Jul 8, 2015 |
| Principal Place of Business: | calle l´api 6 Buzon 02222 03720 Benissa Costa, Alicante |

## Transfer(s) During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check or Wire Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| F-Squared Investments, Inc. | F-Squared Investments, Inc. | Wire:5/7/2015 | $5000.00 | 5/7/2015 | 4:4/30/15 | 4/30/2015 | $5,000.00 |
| F-Squared Investments, Inc. | F-Squared Investments, Inc. | Wire: 6/26/2015 | $5,000.00 | 6/26/2015 | Burnaev 6 | 6/26/2015 | $5,000.00 |
| F-Squared Investments, Inc. | F-Squared Investments, Inc. | Wire: 6/4/2015 | $5,000.00 | 6/4/2015 | 5:5/31/15 | 5/31/2015 | $5,000.00 |

Totals:    3 transfer(s),    $15,000.00